UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1948

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 1 White Apple iPhone 5; 1 Blue Samsung Galaxy S III cellular telephone; 1 Black LG Motion 4G cellular telephone; 1 Apple iPad Mini; and 1 Black and Silver Toshiba Satellite Pro Laptop | ORDER TO UNSEAL SEARCH WARRANT |

Upon motion of the government, by and through the United States Attorney for the Eastern District of North Carolina, the previously-requested Application, Affidavit, and Order authorizing the search warrant in the above-captioned matter are hereby ORDERED unsealed.

This the 23rd day of March, 2015.

_Robert T Numbers II_
UNITED STATES MAGISTRATE JUDGE